IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WAYLON BIGGS**                                                                                                   **PLAINTIFF**

**V.**                             **CASE NO. 4:20CV1458 JM**

**UNITED SERVICE AUTOMOBILE ASSOCIATION**
**d/b/a USAA**                                                                          **DEFENDANT**

**ORDER**

Plaintiff's motion to dismiss the complaint without prejudice is GRANTED. (Docket # 4). This case is hereby dismissed without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 12th day of January, 2021.

_____
James M. Moody Jr.
United States District Judge